UNITED STATES of America,
Plaintiff–Appellee

v.

Rodrigo DEL REAL–HURTADO, also
known as Luis Sanchez–Hernandez,
Defendant–Appellant.

No. 08–50375
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rodrigo Del Real–Hurtado presents arguments that he concedes are foreclosed by *United States v. Cepeda–Rios*, 530 F.3d 333, 335–36 (5th Cir.2008), which held that the Supreme Court's decision in *Lopez v. Gonzales*, 549 U.S. 47, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006) did not overrule our precedent holding that a second state con-

viction for simple possession of a controlled substance qualifies as an aggravated felony that supports the imposition of an eight-level enhancement under U.S.S.G. § 2L1.2(b)(1)(C). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Presciliano AGUILAR–LOPEZ, also
known as Presciliano Aguilar, also
known as Presiliano Lopez, Defen-
dant–Appellant.

No. 08–50298
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Bowen W. Sutton, Law Offices of Bowen W. Sutton, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Presciliano Aguilar–Lopez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Franklin Alexander RODRIGUEZ–DIAZ, Defendant–Appellant.**

No. 08–50287

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2008.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.